JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Jackson, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Amazon.com Services, LLC, and DOES 1 through 20, inclusive<br><br>　　　　　Defendant. | Case No. 5:23-cv-01835-AB (SPx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　The Court has been advised that this action has been settled and Plaintiff has been paid the settlement. Upon review of the parties' stipulation (Dkt. 17), the Court therefore revises its previous Order (Dkt. 16) and hereby **DISMISSES** this action with prejudice.

Dated: January 26, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE